# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARDELL TYREE,** : | **CIVIL ACTION NO. 1:02-CV-1871** |
| : | |
| Petitioner : | (Judge Conner) |
| : | |
| v. : | |
| : | |
| **S.A. YATES, WARDEN,** : | |
| : | |
| Respondent : | |

## ORDER

AND NOW, this 30th day of July, 2007, upon consideration of petitioner's application (Doc. 23) seeking emergency appointment of counsel, and it appearing that the above-captioned matter was closed on May 28, 2003,[1] it is hereby ORDERED that the application (Doc. 23) seeking emergency appointment of counsel is DENIED.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge

---

[1] The order of court dated May 28, 2003 (Doc. 17) denied in part and dismissed in part the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 10, 2004, the United States Court of Appeals for the Third Circuit affirmed this court's judgment. (See Doc. 21.)