# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WARDELL TYREE**, | : CIVIL ACTION NO. 1:02-CV-1871 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **S.A. YATES, WARDEN**, | : |
| Respondent | : |

## ORDER

AND NOW, this 13th day of August, 2007, upon consideration of petitioner's motion (Doc. 25) seeking reconsideration of the order of court dated July 27, 2007 (Doc. 23), which denied petitioner's request for emergency appointment of counsel because the above-captioned matter is closed,[1] and the court finding that there are no manifest errors of law or fact in the challenged order, see Harsco Corp. v. Zlotnicki, 779 F.2d 906, 909 (3d Cir. 1985) ("The purpose of a motion for reconsideration is to correct manifest errors of law or fact or to present newly discovered evidence . . . ."), it is hereby ORDERED that the motion for reconsideration (Doc. 25) is DENIED.

    S/ Christopher C. Conner
    CHRISTOPHER C. CONNER
    United States District Judge

---

[1] The case was closed by order of court dated May 28, 2003 (Doc. 17), which denied in part and dismissed in part the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On September 10, 2004, the United States Court of Appeals for the Third Circuit affirmed this court's judgment. (See Doc. 21.)